# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 125 EAL 2023

           Respondent    :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

           v.                 :

                           :

COREY BURNS,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.